IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS TOSCANO,

        Petitioner,               No. CIV S-02-2184 MCE EFB P

    vs.

C. A. TERHUNE,

        Respondent.          <u>ORDER TO SHOW CAUSE</u>

_____/

      Petitioner is a state prisoner proceeding *in propria persona* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order dated March 10, 2003, this matter was administratively stayed to allow petitioner the opportunity to exhaust a claim in state court. Although petitioner filed a status report on March 25, 2003, he has not corresponded with the court since that time.  In light of the above, petitioner will be granted thirty days from the date of this order to show cause why this action should not be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); L.R. 110.

      Accordingly, IT IS ORDERED that petitioner show cause, within thirty days from this order, why this action should not be dismissed for failure to prosecute.

DATED: August 26, 2011.

                                                _____
                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE